**Order entered November 20, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00973-CV

### RIGGS & RAY, P.C., Appellant

### V.

### STATE FAIR OF TEXAS, Appellee

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-16-16070

## ORDER

The clerk's record in this appeal was filed August 30, 2017. At the time the record was filed, neither a final judgment nor an appealable interlocutory order had been signed. On November 15, 2017, after a final judgment had been entered, a second clerk's record was filed. This record contains all the documents, but the notice of appeal, included in the August 30th clerk's record as well as documents filed and orders signed after the August 30th record was prepared. To avoid confusion, we **STRIKE** the August 30th record. When citing to the clerk's record in their briefs, the parties shall reference, as applicable, the November 15th clerk's record and any supplemental clerk's record.

/s/    CRAIG STODDART
         JUSTICE